Mark E. Ferrario, Nevada Bar No. 1625
Tyler Andrews, Nevada Bar No. 9499
Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
ferrariom@gtlaw.com
andrewst@gtlaw.com

*Attorneys for Defendant Silver Sage Wellness LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SOPHIA MENDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SILVER SAGE WELLNESS LLC, a Nevada limited liability company<br><br>Defendant. | CASE NO. 2:21-cv-00081-KJD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF MOTION TO STRIKE THE FIRST AMENDED COMPLAINT'S CLASS ALLEGATIONS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND REQUESTED by and between Plaintiff Sophia Mendez, individually and on behalf of all others similarly situated and Defendant Silver Sage Wellness, LLC, through their respective counsel and pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, that the Court extend the deadline for Defendant to file its Reply in Support of its Motion to Strike the First Amended Complaint's Class Allegations ("Motion to Strike") (ECF No. 13) by one week, up to, and including, **May 24, 2021**.

//

//

//

1

Counsel submit this stipulation for a brief extension of time as Defendant's counsel is currently teaching a multi-day CLE presentation. This is the first stipulation for an extension of time for Defendant to submit its reply in support of its Motion to Strike, and it is made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this 17th day of May 2021.

**KRIEGER LAW GROUP, LLC**

/s/ Andrew J. Shamis
DAVID KRIEGER, ESQ.
Nevada Bar No. 9086
SHAWN MILLER, ESQ.
Nevada Bar No. 7825
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052

SHAMIS & GENTILE, P.A.
Andrew J. Shamis, Esq. (*pro hac vice*)
14 NE 1st Avenue, Suite 705
Miami, Florida 33132

*Counsel for Plaintiff and Proposed Class*

Dated this 17th day of May 2021.

**GREENBERG TRAURIG, LLP**

/s/ Tyler R. Andrews
MARK E. FERRARIO
Nevada Bar No. 1625
TYLER R. ANDREWS
Nevada Bar No. 9499
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for defendant Silver Sage Wellness, LLC*

**IT IS SO ORDERED**.

UNITED STATES MAGISTRATE JUDGE

Dated: May 18, 2021