UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SOPHIA MENDEZ, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **Case No. 2:21-cv-00081-KJD-EJY** |
| vs. | |
| SILVER SAGE WELLNESS LLC, a Nevada limited liability company, | |
| *Defendant*. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Sophia Mendez, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Sophia Mendez, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: August 11, 2021

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq. (pro hac vice)
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

### CERTIFICATE OF SERVICE

      I hereby certify that on August 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                              **SHAMIS & GENTILE, P.A.**
                              14 NE 1st Ave., Suite 705
                              Miami, FL 33132
                              Telephone (305) 479-2299
                              Facsimile (786) 623-0915
                              Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
           Andrew J. Shamis, Esq.
           Florida Bar # 101754

*Counsel for Plaintiff and the Class*